IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH SHERMAN,

      Petitioner,                    No. CIV S-06-0934 GEB KJM P

      vs.

YOLO COUNTY PROBATION OFFICER, et al.,

      Respondents.               <u>ORDER</u>

/

        Petitioner is a county jail inmate proceeding pro se with a federal action. On July 14, 2006, the court dismissed petitioner's habeas action and gave him thirty days to file a civil rights action. On September 28, 2006, the court issued findings and recommendations, recommending that the action be dismissed for petitioner's failure to comply with the July 14 order. Petitioner has written to the court, explaining that he had not received the July 14, 2006 order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations of September 28, 2006 are vacated;

        2. The Clerk of the Court is directed to send plaintiff a copy of the July 14, 2006, order and of the civil rights form and request to proceed in forma pauperis for use by a prisoner; and

1

1   3. Within thirty days of the date of this order, petitioner may file a civil rights
2   complaint, using this case number, along with a request to proceed in forma pauperis on the form
3   used by this court. Failure to comply with this order will result in a recommendation that the
4   action be dismissed.
5   DATED: December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

10   2
11   sher0934.vfr

2