IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

        Plaintiff,                     No. CIV S-06-o934 GEB KJM P

    vs.

YOLO COUNTY CHIEF
PROBATION OFFICER, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se. He originally filed this action as a habeas proceeding, but the court construed it as raising issues appropriate to be litigated in a civil rights action and directed him to file an amended complaint and a request to proceed in forma pauperis. Plaintiff has now done so.

        Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently

1

without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for the following defendant:   Ed Prieto, only insofar as the complaint alleges that plaintiff's right to equal protection of the laws has been violated by defendant's shackling policy (claim one); that he was subject to unlawful arrest on April 29, 2005 (claim three); that he was subject to unlawful arrest in April 2005 (claim four); and that he has been denied his right of access to the court because of jail policies regarding ink pens (count six).

4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed February 5, 2007.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

1         c.  One completed USM-285 form for the defendant listed in number 3

2 above; and

3         d.  Two copies of the endorsed amended complaint filed February 5, 2007.

4     6. Plaintiff need not attempt service on defendant and need not request waiver of

5 service.  Upon receipt of the above-described documents, the court will direct the United States

6 Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4

7 without payment of costs.

8     7. The Clerk of the Court is directed to change the designation of this case from a

9 habeas corpus action to a civil rights action by a prisoner.

10     8. The Clerk of Court is also directed to send plaintiff the form for use in filing

11 civil rights actions in this district.

12 DATED:  May 1, 2007.

13

14                 U.S. MAGISTRATE JUDGE

15 2
sher0934.1a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

       Plaintiff,                          No. CIV S-06-0934

     vs.

YOLO COUNTY CHIEF

PROBATION OFFICER, et al.,          <u>NOTICE OF SUBMISSION</u>

       Defendants.                    <u>OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _____     completed summons form

       _____     completed USM-285 forms

       _____     copies of the _____
                                 Amended Complaint

DATED:

                                                    _____
                                                    Plaintiff