IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,                   2:06-cv-0934-GEB-KJM-P

    vs.

YOLO COUNTY CHIEF
PROBATION OFFICER, et al.,

      Defendants.               <u>ORDER</u>

        On May 15, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 2, 2007, requiring monthly payments for the filing fee from plaintiff's inmate trust account. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 2, 2007, is affirmed.

Dated: June 12, 2007

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge