IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,                        No. CIV S-06-0934 GEB KJM P

      vs.

YOLO COUNTY CHIEF
PROBATION OFFICER, et al.,

      Defendants.                FINDINGS & RECOMMENDATIONS

      By an order filed May 2, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. On June 21, 2007, plaintiff's request for an extension of time was granted and he was given an additional thirty days to submit the necessary forms. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

      These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings

1

1 and Recommendations." Plaintiff is advised that failure to file objections within the specified
2 time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3 (9th Cir. 1991).
4 DATED: August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

8 2
9 sher0934.