IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

     Plaintiff,                    No. CIV S-06-0934 GEB KJM P

    vs.

YOLO COUNTY CHIEF
PROBATION OFFICER, et al.,

     Defendants.              <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 19, 2007.

                                  U.S. MAGISTRATE JUDGE

/ke
sher0934.59